JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PETER CASEY CRUZ, | Case No. 5:18-cv-01936-JLS-RAO |
| Plaintiff, | Judge: Josephine L. Staton<br>Magistrate Judge: Rozella A. Oliver |
| v. | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
| COUNTY OF RIVERSIDE, ET AL. | |
| Defendants. | Complaint Filed: 9/11/18<br>First Amended Complaint: 11/15/18 |

Pursuant to the Joint Stipulation re Dismissal of Action re Prejudice entered into by the parties and filed with this Court on September 3, 2019:

1.    This action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

IT IS SO ORDERED.

Date: September 5, 2019

JOSEPHINE L. STATON
United States District Judge